# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

KATHLEEN MILLER

FILED
3-4-08
MAR - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE GERALDINE SOAT BROWN**

CRIMINAL COMPLAINT

CASE NUMBER: **08CR 0193**

I, Craig Heidenreich, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about March 3, 2008, in Cook County, in the Northern District of Illinois, Eastern Division, defendant did,

> by force and violence, and by intimidation, take from the person and presence of a credit-union employee approximately $1,550 in United States currency belonging to and in the care, custody, control, management, and possession of Northwest Community Credit Union, 7400 North Waukegan Road, Niles, Illinois, a state-chartered credit union, the accounts of which were then insured by the National Credit Union Administration,

in violation of Title 18, United States Code, Section 2113(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

> See attached affidavit.

Continued on the attached sheet and made a part hereof:  X  Yes  ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 4, 2008                    at    Chicago, Illinois
Date                                    City and State

Geraldine Soat Brown, U.S. Magistrate Judge          _____
Name & Title of Judicial Officer                      Signature of Judicial Officer

STATE OF ILLINOIS )
)
COUNTY OF COOK )

## AFFIDAVIT

I, Craig Heidenreich, being duly sworn, do hereby state and depose as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for two years. I am currently assigned to the violent crimes squad of the FBI's Rolling Meadows office, North Resident Agency. My duties include the investigation of bank robberies and other violent crimes.

2. This affidavit is in support of a complaint charging KATHLEEN MILLER with robbery of a credit union in violation of Title 18 U.S.C. Section 2113(a). I make this affidavit based upon my personal knowledge, my participation in this investigation, reports I have read, and conversations I have had with others who have personal knowledge of the events and circumstances described herein. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

### March 3, 2008 Robbery of Northwest Community Credit Union

3. According to Teller A, who was working at the Northwest Community Credit Union located at 7400 North Waukegan Road in Niles, Illinois, on March 3, 2008, at approximately 10:00 a.m., she observed a white woman enter the credit union. The woman was approximately 5' 4", of medium build, approximately 40 years old, with blond or light brown shoulder-length hair, and wearing a dark jacket. The woman walked to the counter where withdrawal and deposit slips are kept. Teller A watched the woman take a deposit slip, write on it, approach Teller A, and give her the deposit slip. The deposit slip had on it the handwritten words: "This is a robbery!" The woman

then told Teller A that she wanted large bills. Teller A placed several hundred-dollar bills on the counter in front of the woman. The woman then asked Teller A if Teller A had any fifty-dollar bills. Teller A then placed several fifty-dollar bills on the counter in front of the woman, and counted all of the bills for the woman, which totaled $1,550 in United States currency. The woman took all the currency Teller A had given her and walked out of the credit union.

4. While the robbery was taking place, Teller B, who also was working at the Northwest Community Credit Union at the time, became aware of the robbery. Teller B pressed the alarm button before the robber left the credit union, and he followed her outside. Teller B observed the robber walk east on West Niles Terrace, which street extends away from the credit union. Teller B proceeded to walk north on the credit union's cross street, North Waukegan Road, and observed the robber walking north on North School Street, which runs parallel to North Waukegan Road.

5. A Niles police officer was in the vicinity of the Northwest Community Credit Union and in a squad vehicle when he overheard a dispatch regarding the robbery. As he approached the credit union, the officer saw Teller B, who was near the credit union and who pointed in the direction that Teller B had seen the robber walk. The officer went in that direction and, soon thereafter, noticed a woman matching the robber's description. The officer got out of the vehicle and approached the woman on foot. The woman said words to the effect that she was homeless and was just trying to get three meals a day. The officer then arrested the woman, who identified herself as KATHLEEN MILLER.

6. Other Niles police officers arrived at the location soon after the arrest. One officer opened the woman's purse and found nine hundred-dollar bills, 13 fifty-dollar bills, and a single one-dollar bill, totaling $1,551, as well as an envelope containing $91 in United States currency.

7. Another Niles police officer brought Teller B to the location where Niles police had

arrested KATHLEEN MILLER. Teller B identified the woman as the person who he had seen robbing the Northwest Community Credit Union shortly beforehand.

8. A review of the State of Wisconsin's drivers license record for KATHLEEN MILLER indicates that she is a white woman, 53 years old, approximately 5' 4", 130 pounds, with brown hair.

9. According to the credit union's daily audit, the robber took $1,550.

10. According to the president of the Northwest Community Credit Union, on March 3, 2008, at the time of the robbery, the National Credit Union Administration insured the accounts of the Northwest Community Credit Union, which is state-chartered and which is located at 7400 North Waukegan Road in Niles, Illinois.

### Conclusion

11. Based on the facts set forth above, I believe there exists probable cause to believe that KATHLEEN MILLER robbed the Northwest Community Credit Union located at 7400 North Waukegan Road in Niles, Illinois, on or about March 3, 2008, in violation of Title 18 U.S.C. Section 2113(a).

Further Affiant sayeth not,

Craig Heidenreich
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME
this 4th day of March, 2008.

Hon. Geraldine Soat Brown
UNITED STATES MAGISTRATE JUDGE