# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 193 | **DATE** | 3/4/2008 |
| **CASE TITLE** | USA vs. Kathleen Miller | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Kathleen Miller appears in response to arrest on 03/04/08. Defendant informed of her rights. Thomas Gibbons from the Federal Defender Panel is appointed as counsel for defendant. Government moves for pretrial detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for pretrial release on conditions. Government's oral motion for pretrial detention is granted. Defendant waives her right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant shall remain in custody pending trial or until further order of the Court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|