# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FILED
3-4-08
MAR 04 2008
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

In the Matter of  *US ~*

*Kathleen Miller*

Case Number:  *08 CR 193*

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

*Kathleen Miller*

| (A) | (B) |
|---|---|
| SIGNATURE *Thomas C. Gibbons* | SIGNATURE |
| NAME *Thomas P Gibbons* | NAME |
| FIRM *KREITER AND GIBBONS + Assoc* | FIRM |
| STREET ADDRESS *70 W. HUBBARD ST #302* | STREET ADDRESS |
| CITY/STATE/ZIP *CHICAGO, IL 60610* | CITY/STATE/ZIP |
| TELEPHONE NUMBER *312 222 0001* | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) *312 4351* | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?    YES ☒    NO ☐ | MEMBER OF TRIAL BAR?    YES ☐    NO ☐ |
| TRIAL ATTORNEY?    YES ☒    NO ☐ | TRIAL ATTORNEY?    YES ☐    NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?    YES ☐    NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?    YES ☐    NO ☐ | MEMBER OF TRIAL BAR?    YES ☐    NO ☐ |
| TRIAL ATTORNEY?    YES ☐    NO ☐ | TRIAL ATTORNEY?    YES ☐    NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?    YES ☐    NO ☐ | DESIGNATED AS LOCAL COUNSEL?    YES ☐    NO ☐ |

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**