

JUDGE ZAGEL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 193 |
| | ) | |
| v. | ) | Violation: Title 18, United States Code |
| | ) | Section 2113(a) |
| KATHLEEN MILLER | ) | |
| | ) | |

F I L E D

MAR 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about March 3, 2008, at Niles, in the Northern District of Illinois, Eastern Division,

KATHLEEN MILLER,

defendant herein, by intimidation, did take from the person and presence of a credit-union employee approximately $1,550 in United States currency belonging to and in the care, custody, control, management, and possession of Northwest Community Credit Union, located at 7400 North Waukegan Road, Niles, the accounts of which were then insured by the National Credit Union Administration;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY