# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 193 | **DATE** | 4/1/2008 |
| **CASE TITLE** | UNITED STATES vs. KATHLEEN MILLER | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to the indictment. Rule 16 conference 4/8/2008. Status hearing set for 4/22/2008 at 10:00 a.m. Order time excluded in the interest of justice pursuant 18:3161(h)(8)(B)(iv) from 4/1/2008 to 4/22/2008. Defendant is detained.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DW |
|---|---|---|