IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　No. 08 CR 00193
　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　Hon. James B. Zagel,
KATHLEEN MILLER,　　　　　　　　　)　　presiding
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　)

FILED
JUL 2 8 2008
7-28-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

TO:　　AUSA Stephen Chan Lee　　　　via fax and hand delivery

　　PLEASE TAKE NOTICE that on July 31, 2008, at 10:15 a.m., before the Honorable James B. Zagel, Courtroom 2303, 219 S. Dearborn Street, Chicago, Illinois, I shall present an UNOPPOSED MOTION UNDER SEAL FOR AN ORDER APPOINTING THE ISSAC RAY FORENSIC GROUP, LLC TO EXAMINE THE DEFENDANT AND DIRECTING THE U.S. MARSHALL TO TRANSPORT THE DEFENDANT TO THE ISSAC RAY CENTER, copies of which are hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas A. Gibbons
　　　　　　　　　　　　　　　　　　　　　　Thomas A. Gibbons

Thomas A. Gibbons
Kreiter and Gibbons
& Associates
70 W. Hubbard Street,
Suite 302
Chicago, Illinois 60610
Tel: (312) 222- 0001

STATE OF ILLINOIS   )
                               ) SS
COUNTY OF COOK   )

## PROOF OF SERVICE

      I, Thomas A. Gibbons, an attorney, certify and verify that on July 28, 2008, I hand delivered a copy of the foregoing <u>NOTICE OF MOTION AND UNOPPOSED MOTION UNDER SEAL FOR AN ORDER APPOINTING THE ISSAC RAY FORENSIC GROUP, LLC TO EXAMINE THE DEFENDANT AND DIRECTING THE U.S. MARSHALL TO TRANSPORT THE DEFENDANT TO THE ISSAC RAY CENTER</u> to

Stephen Chan Lee
AUSA
Office of the U.S. Attorney
219 S. Dearborn Street
5th floor
Chicago, IL 60604

                                             _____
                                             Thomas A. Gibbons

Thomas A. Gibbons
Kreiter and Gibbons
& Associates
70 W. Hubbard Street,
Suite 302
Chicago, Illinois 60610
Tel: (312) 222-0001